FILED
ASHEVILLE, NC
MAR 26 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>RICHARD SEVEAR GREENE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-mj-14-WCM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of  February 26, 2025 - March 3, 2025  in the county of  Macon  in the  Western  District of  North Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Eugene Vinson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/26/2025

_____
*Judge's signature*

City and state:  Asheville, North Carolina     W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*